**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Terra Nat'e Futrell** | Social Security number or ITIN  **xxx–xx–5429** |
| | First Name   Middle Name   Last Name | EIN  _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _ – _ _ _ _ _ _ _ |

United States Bankruptcy Court  **Eastern District of Virginia**

Case number:  **16–30155–KLP**

## Discharge of Debtor                                                                                                               12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Terra Nat'e Futrell

<u>April 8, 2021</u>                                          **For the court:**        William C. Redden
                                                                                                             Clerk

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Eastern District of Virginia

In re:                                                                                                                  Case No. 16-30155-KLP
Terra Nat'e Futrell                                                                                         Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-7                 User: baumgartn                 Page 1 of 2
Date Rcvd: Apr 08, 2021          Form ID: 3180W               Total Noticed: 21

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 10, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Terra Nat'e Futrell, 5542 Old Warson Drive, North Chesterfield, VA 23237-3931 |
| 13214504 | + | Anderson Financial Services LLC Loan Max, 3440 Preston Ridge Rd, Ste 500, Alpharetta, GA 30005-3823 |
| 13204989 | + | Occidental Development, Godwin Jones & Price PC, 20 S Auburn Avenue, Richmond, VA 23221-2910 |
| 13204990 | + | Ocwen Loan Sevicing Llc, Attn: Research Dept, 1661 Worthington Rd Ste 100, West Palm Beach, FL 33409-6493 |
| 13204992 | | Rent-A-Center, 630 W. Southside Plaza S, Richmond, VA 23224-1721 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | Apr 09 2021 03:43:00 | Capital One Auto Finance, P.O. Box 201347, Arlington, TX 76006-1347 |
| 13204981 | + | EDI: AAEO.COM | Apr 09 2021 03:43:00 | Aaron Sales & Lease Ow, 1015 Cobb Place Blvd Nw, Kennesaw, GA 30144-3672 |
| 13204982 | + | EDI: RMCB.COM | Apr 09 2021 03:43:00 | Amca, 2269 S Saw Mill, Elmsford, NY 10523-3832 |
| 13204983 | + | Email/PDF: HCABKNotifications@resurgent.com | Apr 09 2021 02:18:04 | CJW Medical Center, PO Box 740760, Cincinnati, OH 45274-0760 |
| 13210955 | + | EDI: AISACG.COM | Apr 09 2021 03:43:00 | Capital One Auto Finance, a division of Capital On, P.O. Box 201347, Arlington, TX 76006-1347 |
| 13473319 | + | Email/Text: bkr@taxva.com | Apr 09 2021 02:08:00 | Commonwealth of Virginia, Department of Taxation, P.O. Box 2156, Richmond, VA 23218-2156 |
| 13204984 | + | Email/Text: bkaudit@amraccounts.com | Apr 09 2021 02:06:00 | Credit Collections Inc/AMR, Po Box 60607, Oklahoma City, OK 73146-0607 |
| 13204986 | + | EDI: IIC9.COM | Apr 09 2021 03:43:00 | IC Systems, Inc, 444 Highway 96 East, Po Box 64378, St Paul, MN 55164-0378 |
| 13252049 | | EDI: IRS.COM | Apr 09 2021 03:43:00 | Department of Treasury, P.O. Box 219236, Kansas City, MO 64121-9236 |
| 13346806 | | EDI: JEFFERSONCAP.COM | Apr 09 2021 03:43:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 13204987 | | EDI: JEFFERSONCAP.COM | Apr 09 2021 03:43:00 | Jefferson Capital Systems, LLC, 16 Mcleland Rd, Saint Cloud, MN 56303-0000 |
| 13248575 | | EDI: Q3G.COM | Apr 09 2021 03:43:00 | Quantum3 Group LLC as agent for, Galaxy International Purchasing LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 13204991 | + | Email/Text: colleen.atkinson@rmscollect.com | Apr 09 2021 02:08:00 | Receivable Management, 7206 Hull Street Rd Ste, North Chesterfield, VA 23235-5826 |

| District/off: 0422-7 | User: baumgartn | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 08, 2021 | Form ID: 3180W | Total Noticed: 21 |

| Recip ID | | Delivery | Date/Time | Name and Address |
|---|---|---|---|---|
| 13204993 | + | EDI: DRIV.COM | Apr 09 2021 03:43:00 | Triad Financial Corp/Santander, Attn: Bankruptcy Department, Po Box 105255, Atlanta, GA 30348-5255 |
| 13204994 | + | Email/Text: bkr@taxva.com | Apr 09 2021 02:08:00 | Virginia Dept. of Taxation, Post Office Box 26406, Richmond, VA 23260-6406 |
| 13204995 | + | EDI: BLUESTEM | Apr 09 2021 03:43:00 | Webbank/fingerhut Fres, 6250 Ridgewood Roa, Saint Cloud, MN 56303-0820 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13204985 | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 13204988 | ##+ | Loan Max, 3009 Hull St,, Richmond, VA 23224-3529 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 10, 2021     Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 8, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Carl M. Bates | station01@richchap13.com<br>station10@richchap13.com;station03@richchap13.com;station07@richchap13.com;station06@richchap13.com |
| James E. Kane | on behalf of Debtor Terra Nat'e Futrell jkane@kaneandpapa.com<br>info@kaneandpapa.com,cdiez@kaneandpapa.com,jkrumbein@kaneandpapa.com,awilson@kaneandpapa.com,afisher@kaneandpapa.com |

TOTAL: 2